**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **THOMAS D. HALE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | **16-11405-IT** |
| **v.** | ) | |
| | ) | |
| **STATE OF TENNESSEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

**TALWANI, D.J.**

The Court dismisses this action without prejudice for failure to pay the filing fee.

The plaintiff, Thomas D. Hale ("Hale"), is an inmate at the Bledsoe County Correctional Complex in Pikeville, Tennessee. He filed an eight-page, handwritten complaint against the State of Tennessee.

A litigant filing a complaint in federal court must either (1) pay the $350.00 filing fee and the $50.00 administrative fee, *see* 28 U.S.C. § 1914(a); or (2) seek leave to proceed without prepayment of the filing fee, *see* 28 U.S.C. § 1915 (proceedings *in forma pauperis* ("IFP")). Here, Hale neither paid the filing fee nor filed a motion to proceed *in forma pauperis*.

Generally, a party who fails to submit an IFP motion will be granted additional time to do so. But a prisoner who on 3 or more occasions, while incarcerated, has brought an action in federal court that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, is not permitted to proceed without prepayment of the filing fee, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C.

1

§ 1915(g) (the "three-strikes rule").  The federal Judiciary's Public Access to Court Electronic

Records (PACER) service reveals that plaintiff has filed dozens of federal actions.  Recently, a

federal district court in Tennessee denied, pursuant to 28 U.S.C. § 1915(g), Hale's request to

proceed *in forma pauperis* because he has, three or more times in the past, while incarcerated,

brought an action or appeal in federal court that was dismissed because it was frivolous,

malicious, or failed to state a claim upon which relief may be granted.  *See Hale v. Cook*, No.

1:16cv106-TRM-CHS (E.D. Tenn. May 2, 2016) (identifying five cases that constitute strikes

under § 1915(g) as well as two cases that were dismissed under § 1915(g)).

The only exception to the three-strikes rule is if Hale is in imminent danger of serious

physical injury.  After careful review of the complaint, the Court is unable to discern any

allegation of fact showing imminent danger of serious physical injury.  Because Hale has shown

no imminent danger of serious physical injury, he may not proceed without prepaying the full

filing fee.

III.    **Conclusion**

Accordingly, the complaint is dismissed without prejudice for failure to pay the filing fee.

**So ordered.**

/s/ Indira Talwani
Indira Talwani
United States District Judge

Dated:  August 11, 2016

2